UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHELTON W. LARKIN, JR.,

    Defendant.

Case No. 23-CR-033
[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

## INDICTMENT

### COUNTS ONE THROUGH EIGHT
(False Statements, 18 U.S.C. § 922(a)(6))

**THE GRAND JURY CHARGES THAT:**

1. On or about the following dates, in the State and Eastern District of Wisconsin,

**SHELTON W. LARKIN, JR.,**

in connection with the acquisition of firearms from federal licensees, knowingly made a false and fictitious written statement intended and likely to deceive the licensees as to a fact material to the lawfulness of the sale and disposition of the firearms under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase and attempted purchase of the firearms described below, Shelton W. Larkin, Jr. falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was not an unlawful user of a controlled substance, when in fact, he was an unlawful user of a controlled substance.

| Count | Date | Federal Firearms Licensee | Firearm(s) |
|-------|------|---------------------------|------------|
| One | 2/25/21 | Brew City Arms LLC<br>Hales Corners, Wisconsin | Francalin Arms, Model Boss 25, 12 gauge shotgun<br>Serial number 2075899 |
| Two | 8/7/21 | Wisconsin Firearms & Transfers<br>Lannon, Wisconsin | Springfield Armory, Model Hellcat, 9mm pistol<br>Serial number BA420931 |
| Three | 8/11/21 | Wisconsin Firearms & Transfers<br>Lannon, Wisconsin | Ruger, Model Security 9, 9mm pistol<br>Serial number 384-65918 |
| Four | 9/15/21 | Wisconsin Firearms & Transfers<br>Lannon, Wisconsin | Alex Pro Firearms, Model APF-15, 5.56 caliber pistol<br>Serial number SF15-13615 |
| Five | 10/1/21 | Wisconsin Firearms & Transfers<br>Lannon, Wisconsin | Springfield Armory, Model XDM, Elite 9mm pistol<br>Serial number BA468341<br>Walther, Model PDP, 9 mm pistol<br>Serial number FDH8461 |
| Six | 10/19/21 | Wisconsin Firearms & Transfers<br>Lannon, Wisconsin | Glock, Model G19, 9mm pistol<br>Serial number BSXU682<br>Glock, Model G26, 9mm pistol<br>Serial number AFYU346 |
| Seven | 10/21/21 | Wisconsin Firearms & Transfers<br>Lannon, Wisconsin | Glock, Model G27, 9mm pistol<br>Serial number BTZK952 |
| Eight | 11/12/21 | Wisconsin Firearms & Transfers<br>Lannon, Wisconsin | Glock, Model 43x, 9mm pistol<br>Serial number BUHV123 |

Each in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(a)(6) set forth in Counts One through Eight in this Indictment, the defendant, Shelton W. Larkin, Jr., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to:

1. a Glock, model G19, 9mm pistol, bearing serial number BSXU682;

2. a Glock, model G26, 9mm pistol, bearing serial number AFYU346; and

3. a Springfield Armory, model XDM Elite, 9mm pistol, bearing serial number BA468341.

A TRUE BILL

FOREPERSON

Date: 2-28-23

GREGORY J. HAANSTAD
United States Attorney

3