# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
Elizabeth Blair
John W. Campion
Ramuel R. Figueroa
Jonathan Greenberg
Kyle Kent
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Joshua D. Uller
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

March 1, 2024

Chief Judge Pamela Pepper
United States Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: *United States v. Shelton W. Larkin*
    Case No. 23-cr-33

Dear Judge Pepper:

The parties respectfully submit this letter as their joint status report as ordered by the Court on January 6, 2024. In their last update to the Court, the parties indicated that they had continued to discuss potential avenues that may resolve this case short of trial. Defense counsel continues to review certain legal issues to inform these ongoing discussions and intends to provide the government a formal proposal next week.

Accordingly, the parties respectfully ask for an additional 30 days to continue conferring. Should the Court grant this request, the parties also ask that the Court make the appropriate speedy trial findings. The parties thank the Court for its attention to this matter.

Sincerely,

s/Dennise Moreno